Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977



Order Filed on December 5,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   Jimmie Lopez
   Virginia Lopez

                           Debtor(s)

Case No.:        19-28060 (JNP)

Hearing Date:    12/04/2019

Judge:           Jerrold N. Poslusny Jr.

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: December 5, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Jimmie Lopez and Virginia Lopez
Case No.: 19-28060 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 09/23/2019, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $253.00 **for a period of 33 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $750.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $4,390.00. The unpaid balance of the allowed fee in the amount of $4,090.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Jimmie Lopez and Virginia Lopez
Case No.: 19-28060 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   Total plan length of 36 months. M&T Bank's claim in the amount of $600.49 shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-28060-JNP
Jimmie Lopez                                                    Chapter 13
Virginia Lopez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Dec 05, 2019
                                Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db/jdb          +Jimmie Lopez,   Virginia Lopez,   318 Warren Street,   Gloucester City, NJ 08030-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
      Brian E Caine    on behalf of Creditor   LakeView Loan Servicing, LLC bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Joseph J. Rogers    on behalf of Joint Debtor Virginia  Lopez jjresq@comcast.net,
       jjrogers0507@gmail.com
      Joseph J. Rogers    on behalf of Debtor Jimmie  Lopez jjresq@comcast.net,   jjrogers0507@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor   LakeView Loan Servicing, LLC
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 6