Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–28060–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jimmie Lopez | Virginia Lopez |
| 318 Warren Street | 318 Warren Street |
| Gloucester City, NJ 08030 | Gloucester City, NJ 08030 |

Social Security No.:
xxx–xx–7246    xxx–xx–0417

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Jimmie Lopez and Virginia Lopez</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: September 16, 2022
JAN: def

<u>Jeanne Naughton, Clerk</u>