| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jimmie Lopez<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7246<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Virginia Lopez<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0417<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–28060–JNP | | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jimmie Lopez                                    Virginia Lopez


<u>10/7/22</u>                                    **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-28060-JNP
Jimmie Lopez                                                                                    Chapter 13
Virginia Lopez
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Oct 07, 2022      Form ID: 3180W      Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jimmie Lopez, Virginia Lopez, 318 Warren Street, Gloucester City, NJ 08030-1031 |
| 518472402 | + | ARS National Services Inc., PO Box 1608, Southgate, MI 48195-0608 |
| 518472401 | + | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 518472419 | + | Cooper Physicans, 1 Cooper Plaza, #152, Camden, NJ 08103-1461 |
| 518472420 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518472422 | | Daniel Hyman, DO, c/o Cooper University Health Care, One Cooper Plaza, Moorestown, NJ 08057 |
| 518492023 | + | Lakeview Loan Servicing, LLC, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518472451 | + | Walmart Headquarters, 702 S.W. 8th St, Bentonville, AR 72716-6299 |
| 518472452 | + | Wawa Credit Card, PO Box 6139, Sioux Falls, SD 57117-6139 |
| 518472453 | + | Zales The Diamond Store, PO Box 790394, Saint Louis, MO 63179-0394 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518472400 | + | EDI: GMACFS.COM | Oct 08 2022 00:18:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518572786 | | EDI: GMACFS.COM | Oct 08 2022 00:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518472403 | + | EDI: BANKAMER.COM | Oct 08 2022 00:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518472404 | + | Email/Text: jcissell@bankofmissouri.com | Oct 07 2022 20:23:00 | Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 518472405 | + | EDI: TSYS2 | Oct 08 2022 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518472421 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 07 2022 20:22:00 | Credit Corp Solutions, Inc., 121 W Election Road Suite 200, Draper, UT 84020 |
| 518472406 | + | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518488918 | + | EDI: AIS.COM | Oct 08 2022 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518472407 | + | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One Bank USA N.A., 4851 Cox Road, |

Case 19-28060-JNP    Doc 33    Filed 10/09/22    Entered 10/10/22 00:16:31    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: 3180W | Total Noticed: 74 |

| Recipient ID | Method | Date | Name/Address |
|---|---|---|---|
| | | | Glen Allen, VA 23060-6293 |
| 518557190 | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 20:28:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518472408 | + Email/Text: bankruptcy@cavps.com | Oct 07 2022 20:23:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 518472409 | + Email/Text: bankruptcy@cavps.com | Oct 07 2022 20:23:00 | Cavalry SPV, PO Box 520, Valhalla, NY 10595-0520 |
| 518487501 | + Email/Text: bankruptcy@cavps.com | Oct 07 2022 20:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518472410 | + EDI: CITICORP.COM | Oct 08 2022 00:18:00 | Citibank, N.A., 701 60th Street North, Sioux Falls, SD 57104-0432 |
| 518598995 | EDI: CITICORP.COM | Oct 08 2022 00:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518472412 | + EDI: CITICORP.COM | Oct 08 2022 00:18:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518472413 | + EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518472414 | EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 518472415 | + EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518472416 | EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518472417 | + EDI: WFNNB.COM | Oct 08 2022 00:18:00 | Comenitycapital/gem, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518472418 | + Email/Text: legal-dept@cooperhealth.edu | Oct 07 2022 20:23:00 | Cooper Health System, One Cooper Plaza, Camden, NJ 08103-1489 |
| 518472423 | EDI: DISCOVER.COM | Oct 08 2022 00:18:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518482760 | EDI: DISCOVER.COM | Oct 08 2022 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518534860 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:56 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518472424 | Email/Text: crdept@na.firstsource.com | Oct 07 2022 20:23:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 518472425 | + EDI: CITICORP.COM | Oct 08 2022 00:18:00 | Goodyear Tire, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518472426 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 20:22:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518588467 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518472427 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518532215 | + Email/Text: camanagement@mtb.com | Oct 07 2022 20:23:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 518472428 | + Email/Text: BKNotice@ldvlaw.com | Oct 07 2022 20:23:00 | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |

Case 19-28060-JNP    Doc 33    Filed 10/09/22    Entered 10/10/22 00:16:31    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 07, 2022 | | Form ID: 3180W | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 518472429 | + | Email/Text: BKNotice@ldvlaw.com | Oct 07 2022 20:23:00 | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, P.O. Box 1269, Mt Laurel, NJ 08054-7269 |
| 518550992 | | Email/Text: camanagement@mtb.com | Oct 07 2022 20:23:00 | M&T Bank, P.O. Box 840, Buffalo NY 14240 |
| 518472430 | + | Email/Text: camanagement@mtb.com | Oct 07 2022 20:23:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 518472431 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 20:23:00 | Midland Credit Managment, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518472434 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 20:23:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518575066 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 20:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518472436 | | EDI: RMSC.COM | Oct 08 2022 00:18:00 | OLD NAVY/Synchrony Bank, PO BOX 530942, Atlanta, GA 30353-0942 |
| 518472437 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:55 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518472439 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519012208 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012209 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518588044 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518552011 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518551850 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 518588040 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Nfl, POB 41067, Norfolk VA 23541 |
| 518551811 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518552178 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Zales, POB 41067, Norfolk VA 23541 |
| 518472438 | + | Email/Text: pcabkt@phillips-cohen.com | Oct 07 2022 20:23:00 | Phillips & Coehn Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518472442 | + | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, PO Box 4115, Concord, CA 94524-4115 |
| 518472443 | ^ | MEBN | Oct 07 2022 20:22:59 | QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518581051 | | EDI: Q3G.COM | Oct 08 2022 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518574955 | | EDI: Q3G.COM | Oct 08 2022 00:18:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518564075 | | EDI: Q3G.COM | Oct 08 2022 00:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518565755 | + | EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-28060-JNP    Doc 33    Filed 10/09/22    Entered 10/10/22 00:16:31    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: 3180W | Total Noticed: 74 |

| 518472445 | + EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 518472444 | + EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 518472447 | + EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 518472448 | + EDI: WTRRNBANK.COM | Oct 08 2022 00:18:00 | Target/TD, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518472449 | + Email/Text: ClericalSupport@tenagliahunt.com | Oct 07 2022 20:23:00 | Tenaglia & Hunt PA, 395 W. Pssaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518472450 | + Email/Text: hcouto@v-k-i.net | Oct 07 2022 20:22:00 | Valentine & Kebartas Inc., PO Box 325, Lawrence, MA 01842-0625 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518472411 | *+ | Citibank, N.A., 701 60th Street North, Sioux Falls, SD 57104-0432 |
| 518472432 | *+ | Midland Credit Managment, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518472433 | *+ | Midland Credit Managment, Inc., 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518472435 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518472440 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518472441 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518472446 | * | Synchrony Bank, PO BOX 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor LakeView Loan Servicing LLC bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: 3180W | Total Noticed: 74 |

Joseph J. Rogers
        on behalf of Debtor Jimmie Lopez jjresq@comcast.net  jjrogers0507@gmail.com

Joseph J. Rogers
        on behalf of Joint Debtor Virginia Lopez jjresq@comcast.net  jjrogers0507@gmail.com

Kevin Gordon McDonald
        on behalf of Creditor LakeView Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Melissa N. Licker
        on behalf of Creditor Lakeview Loan Servicing  LLC c/o M&T Bank mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8