Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28060−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jimmie Lopez | Virginia Lopez |
| 318 Warren Street | 318 Warren Street |
| Gloucester City, NJ 08030 | Gloucester City, NJ 08030 |

Social Security No.:
  xxx−xx−7246                                                       xxx−xx−0417

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 9, 2022</u>                     <u>Jerrold N. Poslusny Jr.</u>
                                                                   Judge, United States Bankruptcy Court